P. D. M. CONSTRUCTION CORP., A CORPORATION OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HUGH W. WELSH OF THE TOWN OF BELLEVILLE, ACTING BUILDING INSPECTOR, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued April 25, 1966—Decided April 28, 1966.

Before Judges GOLDMANN, FOLEY and COLLESTER.

*Mr. Jack J. Soriano* argued the cause for appellant.

*Mr. Ralph G. Mesce* argued the cause for respondent.

PER CURIAM. We affirm for the reasons stated by Judge Fusco, whose opinion is reported at 89 *N. J. Super.* 460 (*Law Div.* 1965).